03-65915    DONALD & COLETTE RAMEY
            DEBTOR DID NOT CASH CHECK
            CHECK #385297 FOR $5.57
            DONALD & COLETTE RAMEY
            244 E CONGRESS ST
            POLK, OH 44866

FILED
2009 AUG 27 PM 1: 44
CLERK
NORTHERN DISTRICT OF COURT
CANTON OF OHIO

```
        UNITED STATES
     BANKRUPTCY COURT

      Northern District of Ohio
         Canton Division

  R1  -  00060294  -  SESHE

      August 27, 2009 14:12:44

Code      Case #    Qty       Amount
UF - UNCLAIMED FUNDS
          03-61414   1@       $319.33CK
   Debtor - NILES
UF - UNCLAIMED FUNDS
          04-61144   1@         $6.09CK
   Debtor - RIOS
UF - UNCLAIMED FUNDS
          07-60975   1@       $465.87CK
   Debtor - HOLCOMBE
UF - UNCLAIMED FUNDS
          07-60975   1@       $552.62CK
   Debtor - HOLCOMBE
UF - UNCLAIMED FUNDS
          03-65915   1@         $5.57CK
   Debtor - RAMEY

TOTAL  -       $1,349.48
TEND   -        1,349.48
CHANGE -            0.00

FROM: TOBY L ROSEN
      121 CLEVELAND AVE SW
      CANTON  OH  44702
      330-455-2222
```